# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RYAN REFORMINA AND EFRIN ALEXIS C. BATAYOLA,<br><br>Plaintiffs,<br><br>v.<br><br>SILVER STATE TRUSTEE SERVICES, LLC,<br><br>Defendant. | Case No. 2:18-cv-00552-APG-PAL<br><br>**ORDER STAYING CASE**<br><br>**(ECF Nos. 5, 7)** |

The defendant's motion to dismiss or stay **(ECF No. 5) is granted in part**. The parties have stipulated to stay this case while they pursue alternative dispute resolution, as requested in the defendant's motion. Therefore, the stipulation to stay **(ECF No. 7) is granted**. This case is stayed while the plaintiffs submit their claims to the Nevada Real Estate Division. The parties shall file a status report within 14 days after completion of the mediation or six months from entry of this order, whichever comes first.

DATED this 19th day of April, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE