David Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com

Charles L. Geisendorf, Esq.
Nevada Bar No. 6985
CHARLES L. GEISENDORF, LTD.
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Phone: (702) 873-5868
charles@clgltd.com

*Attorneys for Plaintiffs*
*RYAN REFORMINA AND EFRIN ALEXIS C. BATAYOLA*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN REFORMINA AND EFRIN ALEXIS C. BATAYOLA,<br><br>Plaintiffs,<br><br>v.<br><br>SILVER STATE TRUSTEE SERVICES, LLC,<br><br>Defendant. | Case No. : 2:18-cv-00552-APG-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINE TO AMEND PLEADINGS**<br><br>(First Request) |

## **STIPULATION AND ORDER**

RYAN REFORMINA AND EFRIN ALEXIS C. BATAYOLA ("Plaintiffs"), together with SILVER STATE TRUSTEE SERVICES, LLC ("Defendant") (collectively the "Parties") hereby stipulate and agree as follows:

1. On November 2, 2018, this Court entered the Discovery Plan and Proposed Scheduling Order.  ECF No. 13.

2. Pursuant to the Discovery Plan and Proposed Scheduling Order, the Deadline to Amend Pleadings is January 31, 2019.

3. The Parties have agreed to extend the deadline to amend pleadings to February 14, 2019.

4. The Parties believe that revisions to the First Amended Complaint  [ECF No. 12], which is currently subject to Defendant's pending Motion to Dismiss [ECF No. 15], may facilitate resolution in this matter and will narrow the claims pending before the Court. Plaintiffs will abandon Count II (slander of title) and will amend their Fair Debt Collection Practices Act (FDCPA) claims and the related factual allegations thereto.  This will pare down the issues before the Court and may also assist in resolution of the claims between the Parties.

5. The Parties agree that SSTS reserves any and all defenses with regards to the amended pleading, and nothing herein shall constitute a waiver of SSTS' rights thereto.

6. This is the Parties first request, and the request has been filed with good cause.

…

…

IT IS HEREBY STIPULATED AND AGREED that the parties will have an additional fourteen (14) days to amend pleadings which will make them due February 14, 2019.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

Dated: January 30, 2019

/s/ Shawn W. Miller, Esq.
David Krieger, Esq.
Shawn W. Miller, Esq.
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
*Attorneys for Plaintiffs*

Dated: January 30, 2019

/s/ Michael R. Esposito, Esq.
Erika Pike Turner, Esq.
Michael R. Esposito, Esq.
Garman Turner Gordon LLP
650 White Drive, Suite 100
Las Vegas, Nevada 89119
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATE January 31, 2019