David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*RYAN REFORMINA AND EFRIN ALEXIS C. BATAYOLA*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN REFORMINA and EFRIN ALEXIS C. BATAYOLA, <br><br> Plaintiffs, <br><br> vs. <br><br> SILVER STATE TRUSTEE SERVICES, LLC, <br><br> Defendant. | Case No.: 2:18-cv-00552-APG-PAL <br><br> **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND <u>SILVER STATE TRUSTEE SERVICES, LLC</u>** |

**NOTICE IS HERBY GIVEN** that the claims and disputes between RYAN REFORMINA AND EFRIN ALEXIS C. BATAYOLA ("Plaintiffs") and Defendant SILVER STATE TRUSTEE SERVICES, LLC ("SILVER STATE") have been settled. Plaintiff and SILVER STATE anticipate filing a Stipulation for Dismissal of Plaintiffs' claims against SILVER STATE, with prejudice, within 90 days. This will allow time for the settlement to be finalized. Plaintiffs request that

all pending dates and filing requirements as to SILVER STATE be vacated and that the Court set a deadline ninety (90) days from present for filing a Dismissal as to SILVER STATE.

Dated: April 2, 2019

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorneys for Plaintiffs*
*RYAN REFORMINA and*
*EFRIN ALEXIS C. BATAYOLA*

**IT IS ORDERED** that the settling parties shall have until **July 1, 2019**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: April 4, 2019

Peggy A. Leen
United States Magistrate Judge