GARMAN TURNER GORDON LLP
ERIKA PIKE TURNER
Nevada Bar No. 6454
Email: eturner@gtg.legal
MICHAEL R. ESPOSITO
Nevada Bar No. 13482
Email: mesposito@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Silver State Trustee Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN REFORMINA AND ERIN ALEXIS C. BATAYOLA,<br><br>Plaintiffs,<br><br>vs.<br><br>SILVER STATE TRUSTEE SERVICES, LLC,<br><br>Defendant. | CASE NO. 2:18-cv-00552-APG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiffs Ryan Reformina and Efrin Alexis C. Batayola ("Plaintiffs"), by and through counsel, David H. Krieger, Esq. of the law firm of Haines & Krieger, LLC and Charles L. Geisendorf, Esq. of the law firm of Charles L. Geisendorf, Ltd, and Defendant Silver State Trustee Services, LLC, ("Defendant", and collectively with the Plaintiffs the "Parties" and each a "Party"), by and through counsel, Erika Pike Turner, Esq. and Michael R. Esposito, Esq. of the law firm of Garman Turner Gordon LLP, do HEREBY STIPULATE AND AGREE that all claims of Plaintiffs against the Defendant in the above-captioned matter shall be dismissed, with

. . .

. . .

. . .

. . .

prejudice, with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated this 21 day of May, 2019,     Dated this 22nd day of May, 2019

HAINES & KRIEGER, LLC              GARMAN TURNER GORDON LLP

_____            _____
DAVID H. KRIEGER                   ERIKA PIKE TURNER
8985 S. Eastern Avenue, Suite 350  Nevada Bar No. 6454
Henderson, Nevada 89123            MICHAEL R. ESPOSITO
Phone: (702) 880-5554              Nevada Bar No. 13482
FAX: (702) 385-5518                650 White Drive, Suite 100
                                   Las Vegas, Nevada 89119
                                   Tel: (725) 777-3000
CHARLES L. GEISENDORF, LTD.        Fax: (725) 777-3112
CHARLES L. GEISENDORF              *Attorneys for Silver State Trustee Services,*
2470 St. Rose Parkway, Suite 309   *LLC*
Henderson, Nevada 89074
Phone: (702) 873-5868
*Attorneys for Plaintiff*
*Ryan Reformina and Efrin Alexis C. Batayola*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 22, 2019.